IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHEILA ROWLEY | : | |
| | : | |
| Plaintiff, | : | **NOTICE OF REMOVAL FROM** |
| | : | **THE CIRCUIT COURT FOR** |
| v. | : | **WASHINGTON COUNTY, MD** |
| | : | **Case No.: C-21-CV-20-000282** |
| WALMART, INC. | : | |
| | : | **CIVIL ACTION NO._____** |
| Defendant. | : | |

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Walmart, Inc., respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Prince George's County, Maryland, and as grounds therefor states as follows:

1. On or about January 12, 2020, Defendant, Walmart, Inc., was served with a Summons and Complaint in an action commenced by the Plaintiff, Sheila Rowley, in the Circuit Court for Washington County, Maryland as Docket No. C-21-CV-20-000282. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendant, Wal-Mart Stores, Inc., and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioner filed a written Answer to Plaintiff's Complaint on or about January 22, 2021. Copies of Defendant's Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

4. In his Complaint, Plaintiff, Sheila Rowley, seeks judgment against this Defendant in an amount in excess of Seventy-five Thousand Dollars ($75,000.00) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Walmart, Inc.'s principal place of business is Arkansas, and is incorporated in the State of Delaware.

7. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioner presents and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendant, Walmart, Inc., respectfully request to remove this action from the Circuit Court for Washington County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


By:/s/Jennifer A. King, #17248
Jennifer A. King, #17248
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - Fax
jking@decarodoran.com
**Counsel for Defendant**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **22nd** day of **January, 2021,** a copy of the foregoing Petition for Removal was forwarded, postage prepaid, via First Class mail, to:

Adam D. Greivell, Esquire
Grievell & Garrott Johnson, LLC
5 Cornell Avenue
Hagerstown, Maryland 21742
***Counsel for Plaintiff***

       /s/Jennifer A. King, #17248
       Jennifer A. King, #17248

I:\Common\WP\L4\JAK\- LITIGATION\Rowley v Walmart\Pleadings\Petition for Removal.wpd